IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-171-KDB-DCK

| | |
|---|---|
| MOUNTAINEER MOTORS OF LENOIR, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| CARVANA, LLC, et al., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 18) filed by Margaret L. Booz, concerning Gregory T. Saetrum, on January 19, 2023. Gregory T. Saetrum seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Gregory T. Saetrum is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: January 20, 2023

David C. Keesler
United States Magistrate Judge