IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-171-KDB-DCK

| MOUNTAINEER MOTORS OF LENOIR, LLC, d/b/a CAR GUYS MOUNTAINEER MOTORS, | ) ) ) ) |
|---|---|
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| CARVANA, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) filed by Nevin Wisnoski, concerning Rebeca Martinez, on April 13, 2023. Rebeca Martinez seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) is **GRANTED**. Rebeca Martinez is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 13, 2023

David C. Keesler
United States Magistrate Judge