# EXHIBIT 2




# LAW360 QUOTES NEVIN WISNOSKI ON CARVANA LAWSUIT

**April 27, 2023**

Source: Law360

Law360 recently asked Napoli Shkolnik attorney Nevin Wisnoski for a statement regarding Carvana's response to Mountaineer Motor's Federal Lanham Act and State Unfair and Deceptive trade practices lawsuit against them.

"Like Enron, when one looks behind the curtain of Carvana, you realize the whole thing is a clout-based share-price driving scheme, one which has made the Garcia family billions—because of the objectively false advertising and other unfair or deceptive trade practices that allowed Carvana to illegally seize market share away from legitimate and law-abiding dealers in North Carolina, and nationwide. Carvana and the Garcias' respective motions to dismiss are without legal substance and last-ditch efforts to distract from reality. We anticipate the Court will be able to see through the continued smoke and mirrors show that has been the status quo of this failing company for years, and Ernest Garcia II for decades."

The suit has a potential for a national and state class of legitimate used car dealers. Allegations against Carvana include unfair and deceptive advertising and aims to obtain damages for market share obtained by Carvana's illegitimate business model of openly ignoring regulations and consumer protection laws in every jurisdiction.

Original Article: https://www.law360.com/articles/1593417/carvana-wants-nc-dealership-s-protectionist-suit-curbed

Case 5:22-cv-00171-KDB-DCK   Document 55-2   Filed 11/02/23   Page 2 of 8

[GO BACK]      

## FEATURED ATTORNEYS



### Nevin Wisnoski

Associate

Case 5:22-cv-00171-KDB-DCK   Document 55-2   Filed 11/02/23   Page 3 of 8

## MORE PUBLICATIONS

LAW360

## BROWSE SOURCES:

National Law Journal

Crain's Cleveland Business

Rockdale Newton Citizen

TribLIVE

The Washington Informer

Ars Technica

Sun Sentinel

Opioid Research Institute

The County

Deadline Hollywood

Big Island Video News

National Law Review

Fiercepharma.com

Expert Insight

## CONTACT US:

GET A FREE CASE EVALUATION

ATTORNEY REFERRAL

Case 5:22-cv-00171-KDB-DCK   Document 55-2   Filed 11/02/23   Page 4 of 8

## OUR LOCATIONS

### PLEASE **CONTACT US** FOR AN IN-PERSON APPOINTMENT



- **PRINCIPAL OFFICE – NYC**
- **LONG ISLAND**
- **MIAMI BEACH, FLORIDA**
- **TAMPA, FLORIDA**
- **ILLINOIS**
- **KANSAS**

Case 5:22-cv-00171-KDB-DCK   Document 55-2   Filed 11/02/23   Page 5 of 8



FLINT, MICHIGAN

NORTH CAROLINA

TEXAS

   

**JOIN OUR MAILING LIST**

First Name

Last Name

Email Address

SIGN UP




Use of the AWWA logo is not an implied endorsement.

## PRACTICE AREAS

OUR PRACTICE AREAS

OPIOID CRISIS

MEDICAL MALPRACTICE

MESOTHELIOMA

PERSONAL INJURY

PHARMACEUTICAL LITIGATION

ENVIRONMENTAL LITIGATION

AVIATION ACCIDENTS

WORLD TRADE CENTER

COMPLEX BUSINESS LITIGATION

CIVIL RIGHTS

SOCIAL SECURITY DISABILITY

WORKERS COMPENSATION

## MEDIA CENTER

MEDIA CENTER

BLOG

VIDEOS

PUBLICATIONS

OUR DIFFERENCE

OUR DIFFERENCE

VERDICTS AND SETTLEMENTS

TESTIMONIALS

PHILANTHROPY

OTHER LINKS

TERMS OF USE

PRIVACY POLICY

FAQS

ATTORNEY REFFERAL

CONTACT US

OUR TEAM

CAREERS

LOCATIONS

  中文      한국어      ESPAÑOL      TURKCE     POLSKI

Napoli Shkolnik PLLC © 2021. All Rights Reserved.

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship. Past outcomes mentioned on this site do not guarantee future results.

Awards are issued by each listed company on an attorney's profile. The selection methodology can be found on each attorney's individual web profile via a link.

This site is designed to be accessible and usable by people both with and without disabilities. Please contact us if you encounter an accessibility or usability issue on this site.

Case 5:22-cv-00171-KDB-DCK   Document 55-2   Filed 11/02/23   Page 8 of 8