IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:22-cv-00171

| | |
|---|---|
| MOUNTAINEER MOTORS OF LENOIR, LLC, D/B/A, CAR GUYS MOUNTAINEER MOTORS, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>CARVANA GROUP LLC.;<br>CARVANA, LLC;<br>CARVANA CARS, LLC;<br>CARVANA FAC LLC;<br>CARVANA LOGISTICS LLC;<br>CARVANA CO., LLC;<br>ERNEST GARCIA II;<br>ERNEST GARCIA III; and<br>DOES 1 THROUGH 10,<br><br>Defendants. | **DEFENDANT CARVANA'S NOTICE OF WITHDAWAL OF ITS MOTION TO ENFORCE AGREEMENT AND ALTERNATIVE MOTION FOR ATTORNEYS' FEES**<br><br>Honorable Kenneth D. Bell and David C. Keesler |

Defendants Carvana Group, LLC, Carvana, LLC, Carvana Cars, LLC, Carvana FAC, LLC, Carvana Logistics, LLC, and Carvana Co. (collectively, "Carvana") by and through counsel, hereby withdraw their Motion to Enforce Agreement and Alternative Motion for Attorneys' Fees (Dkt. 54) and Memorandum of Law in support of the same (Dkt. 55).

RESPECTFULLY SUBMITTED this 16th day of November, 2023.

/s/ Gregory T. Saetrum
Gregory T. Saetrum (*pro hac vice*)
gregory.saetrum@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 528-4881
Facsimile: (602) 253 8129

Margaret L. Booz (NC Bar No. 57779)
margaret.booz@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457-6505
Facsimile: (202) 457-6315

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2023 a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, Western District of North Carolina, with notification being sent electronically to all counsel of record.

/s/ *Gregory T. Saetrum*
Gregory T. Saetrum (*pro hac vice*)
gregory.saetrum@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2325 E. Camelback Road, Suite 700
Phoenix, AZ 85016
Telephone: (602) 528-4881
Facsimile: (602) 253 8129

Margaret L. Booz (NC Bar No. 57779)
margaret.booz@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457-6505
Facsimile: (202) 457-6315

*Attorneys for Defendants*